ELECTRONICALLY FILED
10/9/2020 4:45 PM
03-CV-2020-901241.00
CIRCUIT COURT OF
MONTGOMERY COUNTY, ALABAMA
GINA J. ISHMAN, CLERK

## IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

| | |
|---|---|
| **BRENDA WILLIAMS,** ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | **CASE No.:   CV-2020-_____** |
| ) | |
| **SAM'S EAST, INC.,** ) | |
| "A", "B" and "C", fictitious individual, ) | |
| firm or entity responsible as ) | |
| principal for the acts complained ) | |
| of in this Complaint, whose identity ) | |
| is otherwise unknown to the ) | |
| Plaintiff, but will be added by ) | |
| Amendment when ascertained, ) | |
| ) | |
| **Defendants.** ) | |

## COMPLAINT

COMES NOW the Plaintiff, **Brenda Williams**, by and through her attorney of record, Steven P. Floyd, pleads and alleges as follows:

## FACTS

1. Plaintiff **Brenda Williams** is a resident of Alabama.

2. The Defendant Sam's East, Inc. is a Foreign Corporation organized under the laws of the State of Arkansas and doing business in Montgomery County, Alabama, on the 14th day of October, 2018.

3. On or about October 14, 2018, Defendant Sam's East, Inc. owned, operated, managed and/or leased 1080 Eastern Boulevard, Montgomery, AL 36117.

4. **Defendant "A"** is the person, firm or entity responsible for the fall of Plaintiff, **Brenda Williams**, in that they were negligent and/or wanton in the care, cleaning, maintenance of said floor and/or the flooring surface of the Defendant, Sam's East, Inc.

1

5. **Defendant "B"** is the person, firm or entity under the control and/or supervision of Defendant "A", Defendant "C", Sam's East, Inc., and/or an employee and/or an individual under the supervision of the Defendant and was negligent and/or wanton in the care, cleaning, maintenance of said floor and/or the flooring surface of the Defendant, Sam's East, Inc.

6. **Defendant "C"** is the person, firm or entity responsible for the fall of Plaintiff, **Brenda Williams**, in that they were negligent and/or wanton in their conduct relating to the failure to warn the Plaintiff, **Brenda Williams**, of any potential hazard or dangerous condition as it pertains to said floor and/or the flooring surface of Defendant, Sam's East, Inc.

7. Said real property is open to the general public.

## COUNT I

8. On or about October 14, 2018, the Plaintiff, **Brenda Williams**, was an invitee at said real property.

9. On or about October 14, 2018, the Plaintiff, **Brenda Williams**, slipped and fell and was injured.

10. Plaintiff's said fall was the proximate result of the Defendant Sam's East, Inc.'s negligence and/or wantonness, in that said Defendant failed to provide adequate warning, failed to inspect or maintain the cleanliness and safety near the refrigerated egg area, or otherwise failed to adequately provide a safe surface and/or Defendant's floor was wet and made remarkably slippery.

11. On said date, the Plaintiff was caused to slip and fall on a liquid substance believed to be condensation from the Heating, Ventilation and/or Cooling Equipment leaking from the ceiling.

12. Said floor and its surface were under the care and charge of the Defendants and the Defendants had knowledge the floor was wet and/or slippery and/or was not adequately marked.

13. Defendant Sam's East, Inc. allowed said floor to remain wet, slippery and/or inadequately marked without removing or abating the danger and/or warning the Plaintiff of said floor and the danger it posed.

14. As a proximate result of the Defendant's said negligence and/or wantonness, the Plaintiff, Brenda Williams, was caused to suffer neck, right elbow and lower back pain. She eventually underwent cervical surgery which the Plaintiff avers is due to the injuries she sustained in the accident.

15. The capacity of the Plaintiff to enjoy life and participate in social and physical activities in which she previously engaged was reduced immediately following the accident and may be permanently reduced.

## COUNT II

16. Plaintiff, **Brenda Williams**, incorporates the previous paragraphs into this paragraph.

17. Plaintiff, Brenda Williams makes claim against **Defendant "A"** is the person, firm or entity responsible for the fall of Plaintiff, **Brenda Williams**, in that they were negligent and/or wanton in the care, cleaning, maintenance of said floor and/or the flooring surface of the Defendant, Sam's East, Inc.

18. Plaintiff, Brenda Williams makes claim against **Defendant "B"** is the person, firm or entity under the control and/or supervision of Defendant "A", Defendant "C", Sam's East, Inc., and/or an employee and/or an individual under the supervision of the Defendant and was

3

negligent and/or wanton in the care, cleaning, maintenance of said floor and/or the flooring surface of the Defendant, Sam's East, Inc.

19. Plaintiff, Brenda Williams makes claim against **Defendant "C"** is the person, firm or entity responsible for the fall of Plaintiff, **Brenda Williams**, in that they were negligent and/or wanton in their conduct relating to the failure to warn the Plaintiff, **Brenda Williams**, of any potential hazard or dangerous condition as it pertains said floor and/or the flooring surface of the Defendant Sam's East, Inc.

20. Plaintiff avers said Defendants had a duty to act and breached said duty proximately resulting in her injuries.

**WHEREFORE**, the Plaintiff, **Brenda Williams,** demands judgment against all Defendants for compensatory and punitive damages in an amount in excess of the minimal jurisdictional limits of the court, plus interest and Court costs.

/s/ Steven P. Floyd
**STEVEN P. FLOYD**   [FLO025]
*Attorney for Plaintiff*

OF COUNSEL:

**Floyd, Hunter & White, P.C.**
Post Office Drawer 1227
Millbrook, Alabama 36054
Phone:      (334) 285-4488
Facsimile:  (334) 285-4552
Email:      sfloyd@floydhunter.com

Defendant may be served at:

**SAM'S EAST, INC.**
c/o CT Corporation System
2 N. Jackson St., Ste. 605
Montgomery, AL 36104

4